FILED
2023 Nov-24 AM 10:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**MIDDLE DIVISION**

| | | |
|---|---|---|
| **GEORGE WIGGIN, III,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO.: 4:23-cv-01555-CLM** |
| | ) | |
| **CITY OF MARGARET, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>CONFLICT DISCLOSURE STATEMENT</u>**

Comes now Jonathan Ray, a defendant in the above-captioned matter, and by order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of Rule 7.1 of the Federal Rules of Civil Procedure:

X This party is an individual, or

_ This party is a governmental entity, or

_ There are no entities to be reported, or

_ The following entities and their relationship to the party are hereby reported: **No reportable entities.**

Respectfully submitted,

*/s/ C. David Stubbs*
C. David Stubbs (asb-7248-u83c)

<u>*/s/ Lisa M. Ivey*</u>
Lisa M. Ivey (asb-2264-a36i)

Attorneys for Defendant Jonathan Ray

***<u>OF COUNSEL:</u>***
**STUBBS, SILLS & FRYE P.C.**
1724 South Quintard Avenue
Post Office Box 2023
Anniston, Alabama 36202
Phone: (256) 835-5050
Email: david@stubbssillsfrye.com
lisa@stubbssillsfrye.com

## <u>CERTIFICATE OF FILING AND SERVICE</u>

I hereby certify that the following has been served a copy of the foregoing document, on the 24th day of November 2023, by placing the same in the U.S. mail, postage prepaid and properly addressed; or, if the party being served is a registered participant in the ECF System of the United States District Court for the Northern District of Alabama, by a "Notice of Electronic Filing" pursuant to N.D. Ala. Local Rule 5.4:

Scott T. Morro, Esquire
Post Office Box 1644
Gardendale, Alabama 35071
*Attorney for Plaintiff*

Bradley W. Cornett, Esquire
Post Office Box 388
Gadsden, Alabama 35902
*Attorney for the City of Margaret*
*and David Parrish*

M. Jansen Voss, Esquire
Margaret H. Clanton, Esquire
CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, Alabama 35203
*Attorneys for Jeff Wilson*

*/s/ C. David Stubbs*
C. David Stubbs (asb-7248-u83c)