FILED
2023 Nov-28 AM 11:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**MIDDLE DIVISION**

| | | |
|---|---|---|
| **GEORGE WIGGIN III,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE ACTION NO.: 4:23-cv-01555-CLM** |
| | ) | |
| **THE CITY OF MARGARET, JONATHAN RAY, DAVID PARRISH and JEFF WILSON,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# CONFLICT DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rules, and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Jeff Wilson in the above-captioned action certifies that he is an individual.

Respectfully submitted,

***/s/ M. Jansen Voss***
M. JANSEN VOSS
MARGARET H. CLANTON
*Attorneys for Jeff Wilson*

**OF COUNSEL**:
CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, Alabama 35203
T (205) 795-6588 F (205) 328-7234
mjvoss@csattorneys.com
mhclanton@csattorneys.com

**CERTIFICATE OF SERVICE**

I certify on November 28, 2023, I served a copy of this document and any attachments on counsel for all parties via electronic filing or by placing same in the United States Mail, properly addressed and first-class postage prepaid to:

Scott T. Morrow
MORRO LAW CENTER
P.O. Box 1644
Gardendale, AL 35071
morrowlawcenter@bellsouth.net
*Attorney for the Plaintiff*

Bradley W. Cornett
FORD, HOWARD & CORNETT PC
P.O. Box 388
Gadsden, AL 35902
brad@fordhowardcornett.com
*Attorney for City of Margaret and David Parrish*

C. David Stubbs
STUBBS SILLS & FRYE PC
P.O. Box 2023
1724 South Quintard Ave.
Anniston, AL 36202
david@stubbssillsfrye.com
lisa@stubbssillsfrye.com
*Attorneys for Jonathan Ray*

***/s/ M. Jansen Voss***
OF COUNSEL



3906224.1